UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 1

| | |
|---|---|
| BENJAMIN R HESTON | Date 11/29/2022  CHOUTEAU, EDMOND |
| HESTON & HESTON | |
| 19700 FAIRCHILD RD STE 280 | Case Number 2:22-bk-12229-WB |
| IRVINE, CA 92612- | 5752 CHESLEY AVE |
| | Bar Date 06/29/2022  LOS ANGELES CA 90043 |

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below. Any questions regarding this notice should be directed to the Trustee in writing at 1000 Wilshire Blvd., Suite 870, Los Angeles, CA 90017.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 201-0 | LOGIX FEDERAL CREDIT UNION | 05/04/2022 | 20,014.00 | 20,013.54 | | Secure |
| | 27918 FRANKLIN PARKWAY | | | | | |
| | VALENCIA, CA 91355- | | | | | |
| 202-0 | ALLY FINANCIAL | | 8,000.00 | 0.00 | | Secure |
| | | | | | | Not Filed |
| | P.O. BOX 380901 | | | | | |
| | BLOOMINGTON, MN 55439- | | | | | |
| 203-0 | HARLEY-DAVIDSON CREDIT CORP. | 06/07/2022 | 24,825.50 | 24,825.50 | | Secure |
| | DEPT 15129 | | | | | |
| | PALANTINE, IL 60055-5129 | | | | | |
| 301-0 | U.S. DEPARTMENT OF HUD | 04/26/2022 | 0.00 | 103,909.79 | | Secure |
| | | | | | | Direct |
| | 2000 N CLASSEN BLVD STE 3200 | | | | | |
| | OKLAHOMA CITY, OK 73106- | | | | | |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   2

In RE:    CHOUTEAU, EDMOND                                                          Case Number    2:22-bk-12229-WB  11/29/2022

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 302-0 LOANDEPOT.COM LLC | 06/29/2022 | 647.00 | 646.06 | | Secure |
| P.O. BOX 5710 CHICAGO,IL 60680-5681 | | | | | |
| 401-0 WESCOM CENTRAL CREDIT UNION | 04/22/2022 | 3,709.00 | 3,709.89 | 20.00 | Unsec |
| 5601 E. LA PALMA AVE. ANAHEIM,CA 92807- | | | | | |
| 402-0 LVNV FUNDING LLC RESURGENT CAPITAL SERVICES P.O. BOX 10587 GREENVILLE,SC 29603-0587 | 04/26/2022 | 0.00 | 440.57 | 20.00 | Unsec |
| 403-0 DISCOVER BANK/DISCOVER PRODUCT | 04/27/2022 | 2,686.00 | 2,686.14 | 20.00 | Unsec |
| P.O. BOX 3025 NEW ALBANY,OH 43054- | | | | | |
| 404-0 AMERICAN EXPRESS NATIONAL BANK C/O BECKET & LEE P.O. BOX 3001 MALVERN,PA 19355-0701 | 05/13/2022 | 0.00 | 2,377.88 | 20.00 | Unsec |
| 405-0 WELLS FARGO BANK, N.A. | 05/27/2022 | 1,096.00 | 1,096.58 | 20.00 | Unsec |
| P.O. BOX 14487 DES MOINES,IA 50309- | | | | | |
| 406-0 CAVALRY SPV I, LLC | 06/02/2022 | 3,638.00 | 3,779.39 | 20.00 | Unsec |
| P.O. BOX 27288 TEMPE,AZ 85282- | | | | | |
| 407-0 JEFFERSON CAPITAL SYSTEMS, LLC | 06/03/2022 | 2,284.00 | 2,486.18 | 20.00 | Unsec |
| P.O. BOX 772813 CHICAGO,IL 60677-2813 | | | | | |
| 408-0 CAVALRY SPV I, LLC | 06/03/2022 | 3,498.00 | 3,061.41 | 20.00 | Unsec |
| P.O. BOX 27288 TEMPE,AZ 85282- | | | | | |
| 409-0 CAVALRY SPV I, LLC | 06/06/2022 | 1,190.00 | 623.49 | 20.00 | Unsec |
| P.O. BOX 27288 TEMPE,AZ 85282- | | | | | |

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   3

In RE:   CHOUTEAU, EDMOND                                      Case Number   2:22-bk-12229-WB   11/29/2022

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 410-0 | QUANTUM3 GROUP LLC<br><br>P.O. BOX 2489<br>KIRKLAND,WA 98083-2489 | 06/06/2022 | 0.00 | 22,596.80 | 20.00 | Unsec |
| 411-0 | VITUITY - NEVADA (KOURY & PART<br>C/O WAKEFIELD & ASSOCIATES LLC<br>P.O. BOX 51272<br>KNOXVILLE,TN 37950-1272 | 06/08/2022 | 949.00 | 889.00 | 20.00 | Unsec |
| 412-0 | PINNACLE SERVICE SOLUTIONS LLC<br><br>4408 MILESTRIP RD. #247<br>BLASDELL,NY 14219- | 06/12/2022 | 0.00 | 766.05 | 20.00 | Unsec |
| 413-0 | HARLEY-DAVIDSON CREDIT CORP.<br><br>DEPT 15129<br>PALANTINE,IL 60055-5129 | 06/27/2022 | 6,041.20 | 6,041.20 | 20.00 | Unsec |
| 414-0 | LAW OFFICES OF HARRIS AND ZIDE<br><br>1445 HUNTINGTON DRIVE, SUITE 300<br>SOUTH PASADENA,CA 91030- | | 12,464.00 | 0.00 | 20.00 | Unsec<br>Not Filed |
| 415-0 | CAPITAL ONE BANK<br><br>P.O. BOX 30285<br>SALT LAKE CITY,UT 84130-0285 | | 2,241.00 | 0.00 | 20.00 | Unsec<br>Not Filed |
| 416-0 | CAPITAL ONE BANK<br><br>P.O. BOX 30285<br>SALT LAKE CITY,UT 84130-0285 | | 2,619.00 | 0.00 | 20.00 | Unsec<br>Not Filed |
| 417-0 | CAPITAL ONE BANK<br><br>P.O. BOX 30285<br>SALT LAKE CITY,UT 84130-0285 | | 1,502.00 | 0.00 | 20.00 | Unsec<br>Not Filed |
| 418-0 | CAPITAL ONE BANK<br><br>P.O. BOX 30285<br>SALT LAKE CITY,UT 84130-0285 | | 1,502.00 | 0.00 | 20.00 | Unsec<br>Not Filed |
| 419-0 | CITIBANK. N.A.<br><br>P.O. BOX 78005<br>PHOENIX,AZ 85062-8005 | | 2,366.00 | 0.00 | 20.00 | Unsec<br>Not Filed |

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page    4

In RE:    CHOUTEAU, EDMOND                                         Case Number    2:22-bk-12229-WB   11/29/2022

| Creditor | | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 420-0 | DISCOVER | | 1,413.00 | 0.00 | 20.00 | Unsec Not Filed |
| | P.O. BOX 15316 WILMINGTON,DE 19850- | | | | | |
| 421-0 | PAYPAL CREDIT | | 4,419.00 | 0.00 | 20.00 | Unsec Not Filed |
| | P.O. BOX 5138 TIMONIUM,MD 21094- | | | | | |
| 422-0 | SYNCHRONY BANK | | 360.00 | 0.00 | 20.00 | Unsec Not Filed |
| | P.O. BOX 960061 ORLANDO,FL 32896- | | | | | |
| 423-0 | SYNCHRONY BANK | | 1,709.00 | 0.00 | 20.00 | Unsec Not Filed |
| | P.O. BOX 960061 ORLANDO,FL 32896- | | | | | |
| 424-0 | VICTORIAS SECRET | | 1,389.00 | 0.00 | 20.00 | Unsec Not Filed |
| | P.O. BOX 182273 COLUMBUS,OH 43218- | | | | | |
| 425-0 | TD BANK/TARGET CREDIT | | 2,572.00 | 0.00 | 20.00 | Unsec Not Filed |
| | P.O. BOX 1470 MINNEAPOLIS,MN 55440- | | | | | |
| 666-0 | BENJAMIN R HESTON HESTON & HESTON 19700 FAIRCHILD RD STE 280 IRVINE,CA 92612- | 04/20/2022 | 5,000.00 | 5,000.00 | | Legal |
| TRS-0 | NANCY CURRY, TRUSTEE | | 0.00 | 6,566.23 | | Trustee |

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 45,485.10 | 0.00 | 10,110.93 | 6,566.23 | 3,500.00 | 0.00 |

Total To Be Paid    65,662.26

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 5

In RE:   CHOUTEAU, EDMOND                                    Case Number    2:22-bk-12229-WB   11/29/2022

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|

/s/ Nancy Curry, Trustee

PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on 11/29/2022 I served the within NOTICE OF INTENT TO PAY CLAIMS on:   Debtor and                    Debtors attorney.
by first class mail with postage fully prepaid thereon.

CHOUTEAU, EDMOND

5752 CHESLEY AVE
LOS ANGELES CA 90043

BENJAMIN R HESTON
HESTON & HESTON
19700 FAIRCHILD RD STE 280
IRVINE CA 92612-

Executed at Los Angeles, California on 11/29/2022

/s/ Elizet Cash-Shelton