United States Bankruptcy Court

Central District of California

In re:    Case No. 22-12229-WB

Edmond Chouteau    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 3
Date Rcvd: Dec 01, 2022    Form ID: ntc13pln    Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edmond Chouteau, 5752 Chesley Avenue, Los Angeles, CA 90043-2424 |
| 41157419 | + | Bank of America, c/o Harris & Zide, LLP, 1445 Huntington Drive, South Pasadena, CA 91030-4553 |
| 41157431 | + | Loan Depot, P.O. Box 251612, Plano, TX 75025-1510 |
| 41157430 | + | Loan Depot, PO Box 503550, San Diego, CA 92150-3550 |
| 41220983 | + | LoanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 200, Plano, Texas 75024-3192 |
| 41171170 | + | Logix Federal Credit Union, 27918 Franklin Parkway, Valencia, CA 91355-6019 |
| 41157437 | + | Tesha Chouteau, 5752 Chesley Avenue, Los Angeles, CA 90043-2424 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Dec 02 2022 00:56:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 02 2022 00:56:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Dec 02 2022 00:56:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 02 2022 00:56:00 | Harley-Davidson Credit Corp, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| 41318145 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2022 01:07:08 | Ally Bank, c/o AIS Portfolio Services, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 41157418 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2022 00:56:00 | Ally Financial, PO Box 380901, Minneapolis MN 55438-0901 |
| 41178909 | | Email/PDF: bncnotices@becket-lee.com | Dec 02 2022 01:07:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41157420 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2022 00:56:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 41157426 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2022 01:07:26 | Citibank, PO Box 78045, Phoenix, AZ 85062 |
| 41157421 | + | Email/Text: bankruptcy@cavps.com | Dec 02 2022 00:56:00 | Calvary Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 41157422 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2022 01:07:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 41157423 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2022 01:07:29 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 41157424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2022 01:07:08 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 2:22-bk-12229-WB    Doc 50    Filed 12/03/22    Entered 12/03/22 21:17:55    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: ntc13pln | Total Noticed: 43 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 41157425 | + | Email/Text: info@mandarichlaw.com | Dec 02 2022 00:56:00 | Cavalry Portfolio Services, c/o Mandarich Law Group, LLP, PO Box 109032, Chicago, IL 60610-9032 |
| 41199278 | + | Email/Text: bankruptcy@cavps.com | Dec 02 2022 00:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 41157427 | | Email/Text: mrdiscen@discover.com | Dec 02 2022 00:56:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 41162632 | | Email/Text: mrdiscen@discover.com | Dec 02 2022 00:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41157428 | + | Email/Text: mrdiscen@discover.com | Dec 02 2022 00:56:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 41157429 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 02 2022 00:56:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 41203074 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 02 2022 00:56:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 41161179 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 01:07:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41157432 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Dec 02 2022 00:56:00 | Logix Federal Credit Union, Attn: Bankruptcy, P.O. Box 6759, Burbank, CA 91510-6759 |
| 41199937 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2022 00:56:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 41157433 | + | Email/Text: bnc@nordstrom.com | Dec 02 2022 00:56:58 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 41161302 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Dec 02 2022 01:07:29 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 41157434 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 01:07:21 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 41207428 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 01:07:13 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 41201264 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2022 00:56:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41157435 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 01:07:30 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 41157436 | + | Email/Text: bncmail@w-legal.com | Dec 02 2022 00:56:00 | Target/TD Bank USA, PO Box 1470, Minneapolis, MN 55440-1470 |
| 41203894 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 02 2022 00:56:00 | VITUITY- NEVADA (KOURY & PARTNERS) PLL, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 41157438 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2022 00:56:00 | Victoria Secret/Commenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 41157439 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 02 2022 00:56:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 41157440 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 02 2022 01:07:08 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 41192473 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 02 2022 01:07:29 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 41157441 | + | Email/Text: bknotices@wescom.org | Dec 02 2022 00:56:00 | Wescom Credit Union, Attn: Bankruptcy, 5601 East La Palma Avenue, Anaheim, CA 92807-2109 |

| District/off: 0973-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: ntc13pln | Total Noticed: 43 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | LoanDepot.com, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Edmond Chouteau bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor LoanDepot.com LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Kirsten Martinez | on behalf of Creditor Harley-Davidson Credit Corp Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Edmond Chouteau
**SSN:** xxx−xx−5680
**EIN:** N/A

5752 Chesley Avenue
Los Angeles, CA 90043

**BANKRUPTCY NO.** 2:22−bk−12229−WB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: December 1, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**49 / PP**