United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12229-WB |
| Edmond Chouteau | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 41934592 | + Email/Text: SERVICINGMAILHUB@flagstar.com | Apr 29 2025 02:40:00 | LAKEVIEW LOAN SERVICING, LLC, Flagstar Bank, NA, Bankruptcy Department, 5151 Corporate Drive, Troy 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

**Name**    **Email Address**

Benjamin Heston
    on behalf of Debtor Edmond Chouteau bhestonecf@gmail.com    benheston@recap.email,NexusBankruptcy@jubileebk.net

Dane W Exnowski
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
    on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com    bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
    on behalf of Creditor LoanDepot.com  LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Fanny Zhang Wan

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: trc | Total Noticed: 1 |

    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC Fanny.Wan@mccalla.com, mccallaecf@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Harley-Davidson Credit Corp Kirsten.Martinez@bonialpc.com  Notices.Bonial@ecf.courtdrive.com

Mukta Suri
    on behalf of Creditor Lakeview Loan Servicing LLC Mukta.Suri@mccalla.com

Nancy K Curry (TR)
    TrusteeECFMail@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 2:22-bk-12229-WB
Chapter 13

In re: Debtor(s) (including Name and Address)

Edmond Chouteau
5752 Chesley Avenue
Los Angeles CA 90043

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: LAKEVIEW LOAN SERVICING, LLC, Flagstar Bank, NA, Bankruptcy Department, 5151 Corporate Drive, Troy, 48098 | Lakeview Loan Servicing, LLC<br>M & T Bank<br>Bankruptcy Department<br>P.O. Box 840<br>Buffalo, NY 14240-0810 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/30/25

Kathleen J. Campbell
**CLERK OF THE COURT**