Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**LOS ANGELES DIVISION** ||
| In re<br><br>CHOUTEAU, EDMOND<br><br><br><br><br><br><br>Debtor | **CHAPTER 13**<br><br>CASE NO. 2:22-bk-12229-WB<br><br>**NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT**<br>**11 USC §1307(c)**<br><br><br>**NO HEARING REQUIRED** |

**PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

**Pursuant to Local Bankruptcy Rule 9013-1(o)(1), any party objecting to this motion must file and serve a written response and request for hearing of this motion. If you fail to file a written response within fourteen (14) days of the date of service of this notice and motion, the Court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.**

DATED: May 16, 2025                                                                                                  /s/ Nancy Curry

   **I, Nancy Curry, do hereby declare and state as follows:**

1. I am the Chapter 13 Trustee and am duly qualified to make this declaration.  As to the following facts, I know them to be true from my personal knowledge.

2. On April 20, 2022, the debtor filed a Chapter 13 bankruptcy petition.  The plan was confirmed on November 16, 2022.

3. **The debtor has failed to tender all payments required as evidenced by the attached receipt history which is incorporated here in reference.   11 USC § 1307 (c) (i), LBR 3015-I(k).**

4. As of May 16, 2025, **the Trustee has not received the federal and state tax returns and/or tax refunds for the following year(s):**

   **2022 , 2023 , 2024**     Federal and State Tax Return copies


I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on May 16, 2025.

                                                                                                                           /s/ Nancy Curry

TMD DELQ TAX - NO HRG

**2212229-WB**

Status as of   5/16/2025

CHOUTEAU, EDMOND

5752 CHESLEY AVE                           Atty: BENJAMIN R HESTON             24 Rmng of 60 Mos.
LOS ANGELES CA 90043                                                            Payment:         $1,490.00 Per  M
First Pmt Date    05/20/2022        Delinquent  $6,732.01

Graduated Payment Plan

| Months | | Thru | | Amount | | Total |
|---|---|---|---|---|---|---|
| Months | 1 | Thru | 2 | $1,510.00 | Per Month = | $3,020.00 |
| Months | 3 | Thru | 5 | $1,270.00 | Per Month = | $3,810.00 |
| Months | 6 | Thru | 24 | $1,180.00 | Per Month = | $22,420.00 |
| Months | 25 | Thru | 60 | $1,490.00 | Per Month = | $53,640.00 |

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 57202537 | 25050011 | 05/07/2025 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 47202550 | 25040008 | 04/07/2025 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 37202578 | 25030009 | 03/07/2025 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 26202527 | 25020007 | 02/06/2025 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 17202579 | 25010008 | 01/07/2025 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 1292024104 | 24120012 | 12/09/2024 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 116202434 | 24110007 | 11/06/2024 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 107202492 | 24100009 | 10/07/2024 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 99202450 | 24090010 | 09/09/2024 | $1,500.00 | TF | TFS Billpay | Automatic Payment | |
| 37202419 | 24030009 | 03/07/2024 | $1,180.00 | TF | TFS Billpay | Automatic Payment | |
| 26202412 | 24020007 | 02/06/2024 | $1,180.00 | TF | TFS Billpay | Automatic Payment | |
| 192024105 | 24010011 | 01/09/2024 | $371.00 | TF | TFS Billpay | Automatic Payment | |
| 828202311 | 23080046 | 08/28/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 728202320 | 23070040 | 07/28/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 62820235 | 23060040 | 06/28/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 530202329 | 23050049 | 05/30/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 42820236 | 23040046 | 04/28/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 32820234 | 23030048 | 03/28/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 228202318 | 23020041 | 02/28/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 130202365 | 23010044 | 01/30/2023 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 1229202217 | 22120043 | 12/29/2022 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 125202267 | 22120006 | 12/05/2022 | $1,516.99 | TF | TFS Billpay | Automatic Payment | |
| 102820228 | 22100043 | 10/28/2022 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 928202224 | 22090043 | 09/28/2022 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 829202240 | 22080048 | 08/29/2022 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 728202210 | 22070045 | 07/28/2022 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 628202218 | 22060044 | 06/28/2022 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |
| 531202267 | 22050047 | 05/31/2022 | $1,510.00 | TF | TFS Billpay | Automatic Payment | |

Total                          $40,397.99

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> Nancy Curry, Chapter 13 Trustee
> 1000 Wilshire Blvd., Suite 870
> Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On May 16, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
CHOUTEAU, EDMOND

5752 CHESLEY AVE
LOS ANGELES, CA 90043

Attorney for Debtor
BENJAMIN R HESTON

19700 FAIRCHILD RD STE 280
IRVINE, CA 92612-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 16, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| May 16, 2025 | Santos Trujillo | /s/ Santos Trujillo |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        F 9013-3.1.PROOF.SERVICE