**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>EDMOND CHOUTEAU,<br><br>Debtor. | Case No.: 2:22-bk-12229-WB<br><br>Chapter 13<br><br>**NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT**<br><br>**Hearing:**<br>Date: July 16, 2025<br>Time: 1:30 PM<br>Courtroom: 1375 |

TO NANCY CURRY, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor, Edmond Chouteau, hereby opposes the Trustee's Motion for Order Dismissing Chapter 13 Case Due to Material Default ("Motion") on the grounds that he has provided as 2022 tax return to the trustee, did not file taxes in 2023 due to his low income, and is in the process of filing his 2024 tax return. The payment delinquency has been cured.

Parties are hereby notified that a hearing on the Trustee's Motion has been set for July 16, 2025 at 1:30 PM in courtroom 1375 of the United States Bankruptcy Court - Los Angeles Division, located at 225 E. Temple St., Los Angeles, CA 90012.

                                                **NEXUS BANKRUPTCY**

Date: June 12, 2025
                                                /s/Benjamin Heston
                                                BENJAMIN HESTON,
                                                Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR MATERIAL DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/12/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    TrusteeECFMail@gmail.com
Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Kirsten Martinez    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
Mukta Suri    Mukta.Suri@mccalla.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Fanny Zhang Wan    Fanny.Wan@mccalla.com, mccallaecf@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/12/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Julia W. Brand
255 E. Temple Street
Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/12/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**