NANCY CURRY
CHAPTER 13 STANDING TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017
(213)689-3014

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) CHAPTER 13 |
| | ) |
| CHOUTEAU, EDMOND | ) CASE NO. LA 2:22-bk-12229-WB |
| | ) |
| | ) TRUSTEE'S VOLUNTARY DISMISSAL |
| _____Debtor | ) OF MOTION TO DISMISS |

```
                        DATE:  August 20, 2025
                        TIME:  1:30 PM
                        PLACE: 255 E. Temple St.
                               Courtroom 1375
                               Los Angeles, CA 90012
```

PLEASE TAKE NOTICE THAT the Standing Trustee's Motion to Dismiss served on May 16, 2025 is hereby voluntarily dismissed.

DATE: August 26, 2025                              /s/ Nancy Curry


PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on August 26, 2025, I served the above notice by first class mail on:

| DEBTOR | ATTORNEY |
|---|---|
| CHOUTEAU, EDMOND | BENJAMIN R HESTON |
| | HESTON & HESTON |
| 5752 CHESLEY AVE | 19700 FAIRCHILD RD STE 280 |
| LOS ANGELES, CA 90043 | IRVINE, CA 92612- |

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.
Executed at Los Angeles, California on August 26, 2025.

/s/ Jaime Mejia