United States Bankruptcy Court

Central District of California

In re:                                                                                                                                            Case No. 22-12229-WB
Edmond Chouteau                                                                                  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                 User: admin                                Page 1 of 4
Date Rcvd: Sep 10, 2025                       Form ID: 3180WH                      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edmond Chouteau, 5752 Chesley Avenue, Los Angeles, CA 90043-2424 |
| 41157419 | + | Bank of America, c/o Harris & Zide, LLP, 1445 Huntington Drive, South Pasadena, CA 91030-4553 |
| 41157430 | + | Loan Depot, PO Box 503550, San Diego, CA 92150-3550 |
| 41157437 | + | Tesha Chouteau, 5752 Chesley Avenue, Los Angeles, CA 90043-2424 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 11 2025 04:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 11 2025 04:59:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Sep 11 2025 01:08:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 11 2025 01:08:00 | Harley-Davidson Credit Corp, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| 41318145 | + | EDI: AISACG.COM | Sep 11 2025 04:59:00 | Ally Bank, c/o AIS Portfolio Services, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 41157418 | + | EDI: GMACFS.COM | Sep 11 2025 04:59:00 | Ally Financial, PO Box 380901, Minneapolis MN 55438-0901 |
| 41178909 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 01:28:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41157420 | | EDI: BANKAMER | Sep 11 2025 04:59:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 41157426 | | EDI: CITICORP | Sep 11 2025 04:59:00 | Citibank, PO Box 78045, Phoenix, AZ 85062 |
| 41157421 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2025 01:08:00 | Calvary Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 41157422 | + | EDI: CAPITALONE.COM | Sep 11 2025 04:59:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 41157423 | + | EDI: CAPITALONE.COM | Sep 11 2025 04:59:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 41157424 | + | EDI: CAPITALONE.COM | Sep 11 2025 04:59:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 41157425 | + | Email/Text: info@mandarichlaw.com | Sep 11 2025 01:08:00 | Cavalry Portfolio Services, c/o Mandarich Law |

Case 2:22-bk-12229-WB   Doc 72   Filed 09/12/25   Entered 09/12/25 21:23:04   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: 3180WH | Total Noticed: 45 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Group, LLP, PO Box 109032, Chicago, IL 60610-9032 |
| 41199278 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2025 01:08:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 41157427 | | EDI: DISCOVER | Sep 11 2025 04:59:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 41162632 | | EDI: DISCOVER | Sep 11 2025 04:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41157428 | + | EDI: DISCOVER | Sep 11 2025 04:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 41157429 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 11 2025 01:08:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 41203074 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 11 2025 01:08:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 41934592 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2025 01:08:00 | LAKEVIEW LOAN SERVICING, LLC, Flagstar Bank, NA, Bankruptcy Department, 5151 Corporate Drive, Troy 48098-2639 |
| 41161179 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 01:29:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42446789 | ^ | MEBN | Sep 11 2025 01:02:22 | Lakeview Loan Servicing, LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 41157431 | ^ | MEBN | Sep 11 2025 01:02:12 | Loan Depot, P.O. Box 251612, Plano, TX 75025-1518 |
| 41220983 | + | Email/Text: bknotification@loandepot.com | Sep 11 2025 01:08:00 | LoanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 200, Plano, Texas 75024-3190 |
| 41157432 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Sep 11 2025 01:08:00 | Logix Federal Credit Union, Attn: Bankruptcy, P.O. Box 6759, Burbank, CA 91510-6759 |
| 41171170 | + | Email/Text: bankruptcyonlinefilings@lfcu.com | Sep 11 2025 01:08:00 | Logix Federal Credit Union, 27918 Franklin Parkway, Valencia, CA 91355-6019 |
| 41199937 | + | EDI: JEFFERSONCAP.COM | Sep 11 2025 04:59:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 41157433 | + | Email/Text: bnc@nordstrom.com | Sep 11 2025 01:08:51 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 41161302 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Sep 11 2025 01:28:21 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 41157434 | + | EDI: SYNC | Sep 11 2025 04:59:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 41207428 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 01:17:12 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 41201264 | | EDI: Q3G.COM | Sep 11 2025 04:59:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41157435 | + | EDI: SYNC | Sep 11 2025 04:59:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 41157436 | + | EDI: WTRRNBANK.COM | Sep 11 2025 04:59:00 | Target/TD Bank USA, PO Box 1470, Minneapolis, MN 55440-1470 |
| 41203894 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Sep 11 2025 01:08:00 | VITUITY- NEVADA (KOURY & PARTNERS) PLL, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 41157438 | + | EDI: WFNNB.COM | Sep 11 2025 04:59:00 | Victoria Secret/Commenity Bank, PO Box |

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: 3180WH | Total Noticed: 45 |

| Recip ID | | | Date/Time | Address |
|---|---|---|---|---|
| | | | | 182273, Columbus, OH 43218-2273 |
| 41157439 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Sep 11 2025 01:08:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 41157440 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 11 2025 01:39:42 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4927 |
| 41192473 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 11 2025 01:28:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 41157441 | + | Email/Text: bknotices@wescom.org | Sep 11 2025 01:08:00 | Wescom Credit Union, Attn: Bankruptcy, 5601 East La Palma Avenue, Anaheim, CA 92807-2109 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | LoanDepot.com, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Edmond Chouteau bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor LoanDepot.com LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Fanny Zhang Wan | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC Fanny.Wan@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Kirsten Martinez | on behalf of Creditor Harley-Davidson Credit Corp Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 10, 2025 | Form ID: 3180WH | Total Noticed: 45 |

Mukta Suri
    on behalf of Creditor Lakeview Loan Servicing  LLC Mukta.Suri@mccalla.com

Nancy K Curry (TR)
    TrusteeECFMail@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edmond Chouteau<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5680<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:22-bk-12229-WB | |

# Order of Discharge – Chapter 13

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Edmond Chouteau

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 9/10/25

**Dated:** 9/10/25

**By the court:** Julia W. Brand
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

**70/LG**

**For more information, see page 2 >**

| | | |
|---|---|---|
| Form 3180WH–dob3 | **Order of Chapter 13 Hardship Discharge** | page 1 |

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**