United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12229-WB |
| Edmond Chouteau | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

**Recip ID     Recipient Name and Address**
db            + Edmond Chouteau, 5752 Chesley Avenue, Los Angeles, CA 90043-2424

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

**Name                    Email Address**

Benjamin Heston
                          on behalf of Debtor Edmond Chouteau bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Dane W Exnowski
                          on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
                          on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
                          on behalf of Creditor LoanDepot.com LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Fanny Zhang Wan
                          on behalf of Creditor LAKEVIEW LOAN SERVICING LLC Fanny.Wan@mccalla.com, mccallaecf@ecf.courtdrive.com

Kirsten Martinez

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 11, 2025 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Harley-Davidson Credit Corp Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Mukta Suri

on behalf of Creditor Lakeview Loan Servicing  LLC Mukta.Suri@mccalla.com

Nancy K Curry (TR)

TrusteeECFMail@gmail.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

**SEP 10 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

EDMOND CHOUTEAU,

Debtor.

Case No.: 2:22-bk-12229-WB

Chapter 13

**ORDER ON DEBTOR'S MOTION FOR HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. §1328(b)**

**[no hearing requested]**

On July 28, 2025, the Debtor filed a Motion for Hardship Discharge Pursuant to 11 U.S.C. §1328(b) *("Motion")* as docket #65. Notice having been duly given, no opposition or request for hearing having been filed, and good cause appearing therefore,

IT IS ORDERED,

The *Motion* is granted, and Debtor is granted a discharge pursuant to Bankruptcy Code section 1328(b).

Date: September 10, 2025

Julia W. Brand
United States Bankruptcy Judge

1